Berríos, Demandante y Apelado, v. Central Vannina, · Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre daños y perjuicios.

No. 2757.—Resuelto en julio 12, 1923.

Daños y Perjuicios por Negligencia — Cuantía de los Daños. — Probado que a causa de la negligencia de la demandada, el · demandante, médico en el ejercicio de su profesión y que atiende a otros negocios, sufrió heridas y contusiones serias que le obligaron a permanecer en cama sobre cuarenta días, padeciendo dolores físicos, sufrimientos mentales y pérdida en sus bienes, *se resolvió:* que una indemnización de tres mil dólares es razonable.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. D. Monserrat.*

Abogados del apelado: *Sres. F. González y C. Iriarte, Jr.*

El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.

El doctor Berríos, demandante en este caso, era uno de los pasajeros que viajaba en el automóvil de Gerardo M.

García, conducido por él mismo, con el cual chocó el ferro-
carril de la demandada en la tarde del 19 de febrero de
1920. En la opinión emitida en el recurso No. 2753 inter-
puesto en el pleito seguido por Ramona Morales, otro de
los pasajeros que viajaba en dicho automóvil, contra la Cen-
tral Vannina, se han estudiado todas las cuestiones de he-
chos y legales envueltas en el asunto. Los principios allí es-
tablecidos son aquí enteramente aplicables.

Sólo resta una cuestión distinta a estudiar y a resolver
aquí particularmente, a saber: la cuantía de la indemni-
zación. El demandante solicitó cinco mil dólares. La corte
le concedió tres mil. Se probó que el demandante, de cin-
cuenta y dos años de edad, doctor en medicina y cirujía
que practica su profesión y que atiende además a otros
negocios, recibió a consecuencia del choque, heridas y con-
tusiones serias que le obligaron a permanecer en cama unos
cuarenta días y le causaron dolores físicos, sufrimientos
mentales y pérdidas en sus bienes.

Siendo ello así, no vemos que la suma de tres mil dó-
lares sea exagerada y, en tal virtud, debe confirmarse en
todas sus partes la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Aso-
ciados Wolf, Aldrey y Hutchison.